# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 226 MAL 2016

          Petitioner   :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Commonwealth Court

          v.   :

NEIGHBOR'S FIRST FEDERAL CREDIT   :
UNION CHECK IN THE AMOUNT OF   :
$76,389.27; $1,659.00 US CURRENCY;   :
RUGER SUPERHAWK.44 MAGNUM, S/N   :
82-85672; REMINGTON 788, S/N   :
6004206; INTRATEC TEC 9   :
W/MAGAZINE, S/N B6404558;   :
WINCHESTER 9422, S/N F380992; MAK-   :
90 SPORTER W/HIGH CAPACITY DRUM   :
MAGAZINE, S/N 9345534 AND FLITE   :
KING 20 GAUGE, S/N K-200,   :
                             :
          Respondents   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of August, 2016, the Petition for Allowance of Appeal is

**DENIED**.